offense and appealed to the Court of Appeals. The judgment being affirmed, he now brings his petition for writ of certiorari to review and revise the judgment and decision of the Court of Appeals. Miller v. State, 95 South. 915.

PER CURIAM. Certiorari denied.

---

(96 South. 939)

MOCK v. STATE. (6 Div. 730.) (Supreme Court of Alabama. April 26, 1923.) Appeal from Circuit Court, Jefferson County; O. A. Steele, Special Judge. Robert G. Tate, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. Affirmed.

---

(96 South. 939)

MOORE v. STATE. (5 Div. 843.) (Supreme Court of Alabama. May 3, 1923.) Appeal from Circuit Court, Chambers County; S. L. Brewer, Judge. D. W. Jackson, of La Fayette, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAYRE, J. Affirmed.

---

(96 South. 939)

PAYNE et al. v. WALKER. (8 Div. 516.) (Supreme Court of Alabama. May 15, 1923.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(96 South. 939)

PRYOR v. BROWN et al. (6 Div. 806.) (Supreme Court of Alabama. April 19, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. E. L. Dodson, of Tuscaloosa, for appellant. Jones, Jones & Van de Graaff, of Tuscaloosa, for appellees.

PER CURIAM. Affirmed on certificate.

---

(95 South. 922)

ROBINSON v. STATE. (7 Div. 313.) (Supreme Court of Alabama. Feb. 1, 1923.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

SAYRE, J. Affirmed.

---

(95 South. 922)

ROWE et al. v. CARNLEY. (4 Div. 20.) (Supreme Court of Alabama. Jan. 16, 1923.) Appeal from Circuit Court, Coffee County; H. A. Pearce, Judge. W. W. Sanders, of Elba, for appellants. J. A. Carnley, of Elba, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(95 South. 922)

SHAW v. CALDWELL et al. (6 Div. 827.) (Supreme Court of Alabama. Jan. 18, 1923.) Appeal from Circuit Court, Lamar County; T. L. Sowell, Judge.

PER CURIAM. Affirmed.

---

(96 South. 939)

SHERMAN v. NICHOLS. (8 Div. 546.) (Supreme Court of Alabama. April 26, 1923.) Appeal from Circuit Court, Morgan County; Robert C. Brickell, Judge. Wert & Hutson, of Decatur, for appellant. E. W. Godbey, of Decatur, for appellee.

THOMAS, J. Affirmed.

---

(95 South. 922)

Ex parte SLOSS–SHEFFIELD STEEL & IRON CO. (6 Div. 836.) (Supreme Court of Alabama. April 5, 1923.) Petition for certiorari to Circuit Court, Jefferson County, to review the findings in a proceeding under the Workmen's Compensation Act by Trula Sanders against the Sloss-Sheffield Steel & Iron Company. Dan A. Greene, Judge. Tillman, Bradley & Baldwin, of Birmingham, for petitioner. W. A. Jenkins, of Birmingham, for appellee.

PER CURIAM. Dismissed by agreement.

---

(96 South. 939)

SOUTHERN RY. CO. v. SORRELL. (6 Div. 475.) (Supreme Court of Alabama. May 29, 1923.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Stokely, Scrivner & Dominick, of Birmingham, for appellant. W. A. Denson, of Birmingham, for appellee.

PER CURIAM. Errors confessed; reversed and remanded.

---

(95 South. 922)

STATE ex rel. DAVIS, Atty. Gen., v. CURTIS, Circuit Judge. (6 Div. 692.) (Supreme Court of Alabama. Feb. 8, 1923.) Original petition for mandamus. Harwell G. Davis, Atty. Gen., and Marion Rushton, Asst. Atty. Gen., for petitioner. Bankhead & Bankhead, of Jasper, for respondent.

PER CURIAM. Suit abated.

---

(96 South. 939)

Ex parte THOMPSON. (1 Div. 288.) (Supreme Court of Alabama. June 7, 1923.) Certiorari to Court of Appeals. Hans Thompson was convicted of violating the prohibition law, and, his conviction being affirmed by the Court of Appeals, he brings this petition for certiorari to review and revise the judgment and decision of that court in the case of Thompson v. State, 95 South. 917. T. J. Touart, of Mobile, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Writ denied.

---

(95 South. 922)

THOMPSON v. STATE. (4 Div. 41.) (Supreme Court of Alabama. Feb. 1, 1923.) Appeal from Circuit Court, Dale County; J. S. Williams, Judge. Sollie & Sollie, of Ozark, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.